PEARL ANN SLAGLE, Respondent, v. SAMUEL J. BURDEN, Sheriff of the County

of Queens, Appellant.— Motion to vacate order of November 27, 1933, and permit a renewal of the motion for leave to appeal to the Court of Appeals granted, and on such renewal, motion for leave to appeal to the Court of Appeals granted, it appearing without opposition that judgment of affirmance was not entered until December 20, 1933, of which fact appellant was not apprised when the motion was first made. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. [See 239 App. Div. 104; 240 id. 907.]